IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONYA F. DITTMER, as Special Administrator of the Estate of Jarrett J. Dittmer, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>POLARIS INDUSTRIES INC., POLARIS SALES INC., POLARIS INC., INDIANA MILLS & MANUFACTURING INC., NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, and STATE OF NEBRASKA,<br><br>Defendants. | **8:25CV217**<br><br>**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES AND STATE OF NEBRASKA** |

This case is before the Court on Plaintiff's Unopposed Motion to Dismiss Without Prejudice Defendants Nebraska Department of Health & Human Services, d/b/a Youth Rehabilitation and Treatment Center-Hastings, and State of Nebraska. Filing 54. Plaintiff represents that she joined these two Defendants as parties pursuant to Neb. Rev. Stat. § 48-1118 solely to determine the amount of their workers' compensation subrogation rights, if any. Filing 54 at 1 (¶ 1). Plaintiff represents that these two Defendants have now waived any and all rights to reimbursement or subrogation that they may have under the Nebraska Workers' Compensation Act, Neb. Rev. Stat. §§ 48-101 *et seq.* Filing 54 at 1 (¶ 2). Plaintiff represents that as a result these two Defendants' involvement in this lawsuit as named parties is moot. Filing 54 at 1 (¶ 2). Plaintiff also represents that no Defendants object to this Motion. Filing 54 at 1 (¶ 3). Accordingly,

IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss Without Prejudice Defendants Nebraska Department of Health & Human Services, d/b/a Youth Rehabilitation and Treatment Center-Hastings, and State of Nebraska, Filing 54, is granted, and this case is dismissed

1

without prejudice only as to Defendants Nebraska Department of Health & Human Services, d/b/a

Youth Rehabilitation and Treatment Center-Hastings, and State of Nebraska, with each party to

bear its own costs and attorney fees.

Dated this 6th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2